**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY 11201
Tel: (718) 330-1200  Fax: (718) 855-0760

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Eastern District of New York*
Michelle A. Gelernt
*Interim Attorney-in-Charge*

January 8, 2024

By ECF and Email
The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       RE: <u>U.S.A. v. Frantz Simeon</u>, 21-CR-479 (BMC)

Your Honor:

      I write to request an adjournment of the sentencing in the above-captioned matter, scheduled for January 9, 2024, at 4:30 p.m.  Undersigned counsel is on jury duty in the Southern District of New York.  Last week I advised Chambers and the Government of the possibility that my duty would extend to January 9, 2024.

      Since it has become necessary for me to return to jury duty on January 9, 2024, I must respectfully request a short adjournment of this sentencing.

      Thank You for Your attention to and consideration in this matter.

                      Respectfully Submitted,

                      Michael P. Padden, Esq.
                      Assistant Federal Defender
                      718-330-1240
                      michael_padden@fd.org

cc: Counsel of Record